KENTUCKY RIVER COAL CORPORATION v. Robert H. LUCAS, Formerly Collector of Internal Revenue for District of Kentucky.
No. 6048.

Circuit Court of Appeals, Sixth Circuit.
Dec. 8, 1932.

Woodward, Hamilton & Hobson, of Louisville, Ky., for appellant.

Frank A. Ropke, Asst. U. S. Atty., of Louisville, Ky., for appellee.

PER CURIAM.

Judgment of District Court [51 F.(2d) 586] affirmed.